May Term, 1861.

FRAME
v.
BELL.

------- ▶◆◀ -------

## FRAME and Another *v.* BELL.

APPEAL from the *Grant* Circuit Court.

*Per Curiam.*—Suit to foreclose a mortgage given to secure installments, the last of which was not due. Default. Judgment for sale, without inquiry as to the divisibility of the mortgaged premises, &c. Appearance by the defendant at

*Tuesday, June 4.*

May Term, 1861.

the same term, and motion to set aside the judgment for sale, on account of the irregularity. Motion overruled, &c.

The motion should have been granted, notice having been given to plaintiff. See *Cubberly* v. *Wine*, 13 Ind. 353. The judgment was clearly erroneous on its face, as the Court could not fail to see.

The judgment is reversed back to the default, with costs, but no further. Cause remanded for further proceedings.

*J. H. Jones*, for the appellant.

*W. Grose*, for the appellee.

